

**U.S. Department of Justice**
United States Attorney
Northern District of Georgia

|  |  |
|---|---|
| 600 Richard B Russell Bldg. | Telephone: (404) 581-6083 |
| 75 Ted Turner Dr., S.W., | Fax: (404) 581-6181 |
| Atlanta, Georgia 30303 |  |

September 20, 2021

James N. Hatten
Clerk of the Court
2212 U.S. Courthouse
75 Ted Turner Dr. S.W.
Atlanta, GA 30303

      Re:    United States v. Douglas Villegas, et al
                Criminal Action No. 1:18-cr-00507-LMM
                Substitution of Counsel

Dear Mr. Hatten:

   This is to notify you that the above-styled case has been transferred from AUSA Erin Harris to SAUSA Bryan Henderson, telephone number 404-581-6310. I request papers and pleadings in this action be served upon me as a counsel of record for the United States from this date forward.

                                    Sincerely,

                                      KURT R. ERSKINE
                                      *Acting United States Attorney*


                                    /S/ BRYAN HENDERSON
                                        BRYAN HENDERSON
                                    *Special Assistant U.S. Attorney*

cc: Defense Counsel for Defendants (via ECF)
     Courtroom Deputy
     Criminal Docketing